COPY

E-filing

ORIGINAL FILED

07 DEC -4 PH 3: 11

CLERK ... D W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DIST. OF CALIFORNIA

1   Scott D. Baker (SBN 84923)
    *Email: sbaker@reedsmith.com*
2   James A. Daire (SBN 239637)
    *Email: jdaire@reedsmith.com*
3   REED SMITH LLP
    Two Embarcadero Center, Suite 2000
4   San Francisco, CA  94111-3922

5   **Mailing Address:**
    P.O. Box 7936
6   San Francisco, CA  94120-7936

7   Telephone:    +1 415 543 8700
    Facsimile:    +1 415 391 8269
8
    Attorneys for Plaintiff
9   Clear Channel Outdoor, Inc.

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

JCS

13   CLEAR CHANNEL OUTDOOR, INC. a       Case No.:
     Delaware Corporation,
14                                        CV 07    6138
                    Plaintiff,           **CLEAR CHANNEL OUTDOOR, INC.'S
15                                        CERTIFICATION OF INTERESTED
          vs.                             ENTITIES OR PERSONS**
16
     LINDA ERKELENS, an individual,      **[Civil L.R. 3-16]**
17
                    Defendant.
18

19

20

21

22

23

24

25

26

27

28

CLEAR CHANNEL OUTDOOR, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1   Pursuant to Local Rule 3-16, the undersigned certifies that the following listed persons,

2   associations of persons, firms, partnerships, corporations (including parent corporations) or other

3   entities (i) have a financial interest in the subject matter in controversy or in a party to the

4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5   substantially affected by the outcome of this proceeding:  Clear Channel Outdoor Holdings, Inc.,

6   parent company of Plaintiff Clear Channel Outdoor, Inc.  Other than as disclosed herein, there is no

7   such interest to report.

8

9   DATED:  December 4, 2007.

10                        REED SMITH LLP

11

12   By_____

13                        James A. Daire
                          Attorneys for Plaintiff
14                        Clear Channel Outdoor, Inc.