Scott D. Baker
Email: sbaker@reedsmith.com
James A. Daire
Email: jdaire@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA ERKELENS, an individual,<br><br>Defendant. | Case No.: CV 07 6138<br><br>**CLEAR CHANNEL OUTDOOR, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1(a)] |

# DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Clear Channel Outdoor, Inc., by and through its counsel of record Reed Smith LLP, hereby discloses as follows:

1. Clear Channel Outdoor Holdings, Inc., a publicly traded company, is the parent of Clear Channel Outdoor, Inc.

DATED: December 4, 2007.

REED SMITH LLP

By /s/ James A. Daire
James A. Daire
Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

Case No.: — 2 —
CLEAR CHANNEL OUTDOOR, INC.'S CORPORATE DISCLOSURE STATEMENT

DOCSSFO-12500349.1