COPY

1  Scott D. Baker (SBN 84923)
   *Email: sbaker@reedsmith.com*
2  James A. Daire (SBN 239637)
   *Email: jdaire@reedsmith.com*
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
8

   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13  CLEAR CHANNEL OUTDOOR, INC. a          Case No.: CV-07-6138
    Delaware Corporation,
14                                          **DECLINATION TO PROCEED BEFORE A
                      Plaintiff,           MAGISTRATE JUDGE AND REQUEST
15                                          FOR REASSIGNMENT TO A UNITED
        vs.                                 STATES DISTRICT JUDGE**
16
    LINDA ERKELENS, an individual,
17
                      Defendant.
18

Case No.:                                   – 1 –                              DOCSSFO-12500336.1

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-referenced civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: December 4, 2007.

REED SMITH LLP

By _____
James A. Daire
Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

Case No.:  — 2 —  DOCSSFO-12500336.1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE