Scott D. Baker (SBN 84923)
*Email:  sbaker@reedsmith.com*
James A. Daire (SBN 239637)
*Email:  jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA ERKELENS, an individual,<br><br>Defendant. | Case No.:  C 07-06138 JCS (pending reassignment)<br><br>**PLAINTIFF CLEAR CHANNEL OUTDOOR, INC.'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>Date:  To Be Determined<br>Time:  To Be Determined<br>Place:  To Be Determined |

1   Pursuant to Federal Rule of Civil Procedure Rule 65 and Civil Local Rule 65-1, Plaintiff

2   Clear Channel Outdoor, Inc. ("Clear Channel") hereby applies *ex parte* for a temporary restraining

3   order and an order to show cause regarding preliminary injunction.  Defendant Linda Erkelens has

4   committed conversion by wrongfully exercising dominion over Clear Channel's billboard and

5   billboard structure located at 1801 Turk Street, San Francisco, California (the "Turk Street

6   Property").  Erkelens has threatened to terminate Clear Channel's ownership rights in the billboard

7   and billboard structure and has plans in place to turn over Clear Channel's billboard and billboard

8   structure to Clear Channel's direct competitor.  Accordingly, Clear Channel seeks a temporary

9   restraining order preventing and enjoining Defendant Linda Erkelens and each of her agents,

10  servants, employees, contractors and each person acting in concert and participation with Erkelens,

11  pending the preliminary injunction hearing, from:

12      1.      Taking possession of, or making use of, Clear Channel's billboard and billboard

13  structure for her own benefit, and from undertaking any act designed to deprive Clear Channel of its

14  ownership and/or possessory rights;

15      2.      Entering into or performing any agreement allowing any third party to make use of

16  Clear Channel's billboard and billboard structure;

17      3.      Committing any further acts of conversion with respect to Clear Channel's billboard

18  and billboard structure;

19      4.      Altering, destroying or removing all or any part of the billboard or billboard structure

20  in any way.

21      Clear Channel's *Ex Parte* Motion is based on the grounds that Clear Channel is likely to

22  succeed on the merits, including but not limited to, its claim that Clear Channel is the sole owner of

23  the billboard and billboard structure on the Turk Street Property and that Clear Channel has the right

24  to remove said billboard and billboard structure from the property if it so chooses.  The *Ex Parte*

25  Motion is further based on the grounds that Clear Channel is also likely to succeed, or, at a

26  minimum, has demonstrated serious questions as to these matters, including that Erkelens has

27  materially breached the Lease, repudiated her obligations thereunder, and wrongfully converted

28  Clear Channel's billboard and billboard structure.

1    Further, Erkelens' wrongful conduct in converting Clear Channel's billboard structure will

2  result in irreparable injury to Clear Channel if Erkelens is not immediately restrained from such

3  activities.  Finally, the harm to Clear Channel of denying the requested Temporary Restraining Order

4  and Order to Show Cause greatly outweighs the harm to any legitimate interests of Erkelens from

5  granting such an Order.

6    For these reasons, Clear Channel also requests that the Court issue an order to show cause

7  why a preliminary injunction should not issue.

8    Clear Channel provided notice of this *Ex Parte* Motion to Erkelens' counsel on December 5,

9  2007.  [*See* Declaration of James A. Daire Re: Notice.]

10    This *Ex Parte* Motion is based on Clear Channel's Memorandum of Points and Authorities

11  filed herewith, the Declarations of James A. Daire, Patrick Powers and Kenneth B. Finney filed

12  herewith, the Complaint filed in this action, and such other and further evidence and argument as

13  may be presented at the hearing.

14

15

16    DATED:  December 5, 2007.

17                                        REED SMITH LLP

18

19                                        By____/s/ James A. Daire_____
                                              James A. Daire
20                                            Attorneys for Plaintiff
                                              Clear Channel Outdoor, Inc.

21

22

23

24

25

26

27

28

PLAINTIFF CLEAR CHANNEL OUTDOOR, INC.'S *EX PARTE* MOTION FOR A TRO AND OSC