1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
8
   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  | CLEAR CHANNEL OUTDOOR, INC. a Delaware Corporation, | Case No.: C 07-06138 JCS |
    |---|---|
    | Plaintiff, | **DECLARATION OF JAMES A. DAIRE RE NOTICE OF PLAINTIFF CLEAR CHANNEL OUTDOOR, INC.'S *EX PARTE* MOTION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
    | vs. | |
    | LINDA ERKELENS, an individual, | |
    | Defendant. | |
    | | Date: To Be Determined<br>Time: To Be Determined<br>Place: To Be Determined |

I, James A. Daire, declare:

1. I am attorney at law licensed to practice before the courts of the State of California and am an associate at Reed Smith LLP, attorneys for Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel"). I have personal knowledge of the matters set forth herein, and if called as a witness, could and would completely testify to them.

2. Pursuant to Civil L.R. 65-1(b), on December 5, 2007, at approximately 2:30 p.m, I informed M. Brett Gladstone, counsel for Defendant Linda Erkelens, by phone, email and facsimile that Clear Channel intended to file an *Ex Parte* Motion for a Temporary Restraining Order and an Order to Show Cause re Preliminary Injunction on December 5, 2007 before the General Duty Judge for the Northern District. I further advised Mr. Gladstone that if Ms. Erkelens would confirm in writing: (1) that she does assert ownership interests in the Clear Channel sign structure; and (2) that she authorizes Clear Channel to enter her property for the purposes of removing the sign structure as set forth in Mr. Finney's November 9, 2007 letter, the *Ex Parte* Motion could be avoided. A true and correct copy of my letter to Mr. Gladstone is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 5, 2007 at San Francisco, California.

/s/ James A. Daire
James A. Daire

# EXHIBIT A

Case 4:07-cv-06138-SBA    Document 10    Filed 12/05/2007    Page 3 of 6

# ReedSmith

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
+1 415 543 8700
Fax +1 415 391 8269

**James A. Daire**
Direct Phone: +1 415 659 5922
Email: jdaire@reedsmith.com

December 5, 2007

BY ELECTRONIC MAIL
BY FAX 415-394-5188

M. Brett Gladstone, Esq.
Penthouse, 177 Post Street
San Francisco, CA 94018

Dear Mr. Gladstone,

We are outside litigation counsel to Clear Channel Outdoor, Inc. ("Clear Channel"). Despite the request outlined in Mr. Finney's November 9, 2007 letter, Clear Channel has not received Ms. Erkelens' confirmation in writing: (1) that she does assert ownership interests in the Clear Channel sign structure; and (2) that she authorizes Clear Channel to enter her property for the purposes of removing the sign.

This shall serve as notice that Clear Channel intends to file an *Ex Parte* Motion for a Temporary Restraining Order and an Order to Show Cause re Preliminary Injunction on December 5, 2007 before the General Duty Judge for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California, 94102. The complaint and supporting papers will follow under separate cover.

Please let me know at your earliest convenience whether Ms. Erkelens will provide the written confirmation as requested in Mr. Finney's letter, thus avoiding the necessity of the motion, or whether you intend to oppose.

Very truly yours,

James A. Daire

JAD:vc

# ReedSmith

# FAX TRANSMITTAL

**From: James A. Daire**
Direct Phone: +1 415 659 5922
Email: jdaire@reedsmith.com
Date: December 5, 2007

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
+1 415 543 8700
Fax +1 415 391 8269

## Total Number Of Pages Including Cover Page 2

## FAX TO

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| M. Brett Gladstone | | 415-394-5188 | |

**NOTES:**

Please see attached.

**If you do not receive all of the pages, please call Veronica L. Canton at 415.659-5688.**

Please Transmit Before   ☐9  ☐10  ☐11 a.m.  ☐12  ☐1  ☐2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8 p.m.

Elite Number: 4785           Client Number: _____         Matter Number: _____
Transmission Time: ___:___ a.m./p.m.   Finish Time: ___:___ a.m./p.m.
Operator: _____

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who has been specifically authorized to receive it. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return all pages to the address shown above. Thank you.

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

12/5/07 2:39 PM

```
                        ************************
                        ***    TX REPORT     ***
                        ************************

    TRANSMISSION OK

    JOB NO.                 1695
    DESTINATION ADDRESS     93945188
    PSWD/SUBADDRESS
    DESTINATION ID
    ST. TIME                12/05 14:48
    USAGE T                 00'26
    PGS.                        2
    RESULT                  OK
```

# ReedSmith

# FAX TRANSMITTAL

**From: James A. Daire**
Direct Phone: +1 415 659 5922
Email: jdaire@reedsmith.com
Date:     December 5, 2007

Reed Smith LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111-3922
+1 415 543 8700
Fax +1 415 391 8269

## Total Number Of Pages Including Cover Page 2

# FAX TO

| Name | Company | Fax Number | Phone Number |
|---|---|---|---|
| M. Brett Gladstone | | 415-394-5188 | |

**NOTES:**

Please see attached.

**If you do not receive all of the pages, please call Veronica L. Canton at 415.659-5688.**

Please Transmit Before   ☐9  ☐10  ☐11 a.m.  ☐12  ☐1  ☐2  ☐3  ☐4  ☐5  ☐6  ☐7  ☐8 p.m.

| Elite Number: | 4785 | Client Number: | | Matter Number: | |
|---|---|---|---|---|---|
| Transmission Time: | | | a.m./p.m. | Finish Time: | a.m./p.m. |
| Operator: | | | | | |

**PLEASE NOTE:** The information contained in this facsimile message may be privileged and confidential, and is intended only for the use of the individual(s) or entity named above who