1  Scott D. Baker (SBN 84923)
   *Email: sbaker@reedsmith.com*
2  James A. Daire (SBN 239637)
   *Email: jdaire@reedsmith.com*
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
8
   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC. a Delaware Corporation, | Case No.:   CV 07 6138 JCS |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| LINDA ERKELENS, an individual, | |
| Defendant. | |

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On September 10, 2007, I served the following document(s) by the method indicated below:

1. CIVIL COVER SHEET
2. SUMMONS IN A CIVIL CASE
3. COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
4. CLEAR CHANNEL OUTDOOR, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSON
5. CLEAR CHANNEL OUTDOOR, INC.'S CORPORATE DISCLOSURE
6. ECF REGISTRATION INFORMATION HANDOUT
7. NOTICE OF ASSIGNMENT OF CASE TO U.S. MAGISTRATE JUDGE FOR TRIAL
8. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
9. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
10. PLAINTIFF CLEAR CHANNEL OUTDOOR INC.'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
11. MEMORANDUM OF POINTS AN AUTHORITIES IN SUPPORT OF PLAINTIFF CLEAR CHANNEL OUTDOOR, INC.'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
12. DECLARATION OF KENNETH B. FINNEY IN SUPPORT OF PLAINTIFF CLEAR CHANNEL OUTDOOR INC.'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
13. DECLARATION OF PATRICK POWERS IN SUPPORT OF PLAINTIFF CLEAR CHANNEL OUTDOOR INC.'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION
14. DECLARATION OF JAMES A. DAIRE RE NOTICE OF PLAINTIFF CLEAR CHANNEL OUTDOOR INC.'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

15. [PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION

16. PROOF OF SERVICE

by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

X    by transmitting via email to the parties at the email addresses listed below:

**VIA EMAIL**

M. Brett Gladstone
Gladstone & Associates
Penthouse, 177 Post Street
San Francisco, CA 94108
Facsimile: 415-394-5188
Brett@gladstoneassociates.com

– 4 –

1
2    I declare under penalty of perjury under the laws of the State of California that the
3   above is true and correct.  Executed on December 5, 2007, at San Francisco, California.
4
5
6                                                          /s/    Veronica L. Canton
7                                                         Veronica L. Canton