| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JAMES A. DAIRE<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 543-8700    FAX No: 415 391-8269 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court, Northern District Of California | | |
| Plaintiff: CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation | | |
| Defendant: LINDA ERKELENS, an individual | | |
| **PROOF OF SERVICE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>07-06138 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHED LIST

3. a. Party served:                    LINDA ERKELENS
   b. Person served:                   JANE DOE, Caucasian, Female, 40 Years Old, Blonde Hair, Blue Eyes, 5 Feet 5 Inches, 150 Pounds

4. Address where the party was served:  390 ARKANSAS STREET
                                        SAN FRANCISCO, CA 94107

5. I served the party:
   b. **by substituted service.** On: Thu., Dec. 06, 2007 at: 2:00PM by leaving the copies with or in the presence of:
      JANE DOE, Caucasian, Female, 40 Years Old, Blonde Hair, Blue Eyes, 5 Feet 5 Inches, 150 Pounds
   (2) **(Home)** Person of sutiable age an discretion. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. TONY LOWE                                     d. **The Fee** for Service was:
                                                    e. I am: Not a Registered California Process Server

   **First Legal Support Services** sm
   ATTORNEY SERVICES
   1138 HOWARD STREET
   San Francisco, CA 94103
   (415) 626-3111, FAX (415) 626-1331

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Dec. 10, 2007

   *Tony Lowe* (signature)

   Judicial Council Form                PROOF OF SERVICE              (TONY LOWE)
   Rule 982.9.(a)&(b) Rev January 1, 2007                             6387960.jamda-rs.101390

| Attorney or Party without Attorney:<br>JAMES A. DAIRE<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 543-8700   FAX: No: 415 391-8269 | Ref. No or File No.: | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | |
| Plaintiff: CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation | | |
| Defendant: LINDA ERKELENS, an individual | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date:   Time:   Dept/Div: | Case Number:<br>07-06138 |

1. I, TONY LOWE, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LINDA ERKELENS as follows:

2. Documents:    SEE ATTACHED LIST.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 12/05/07 | 4:20pm | Home | NO ANSWER, NO ACTIVITY, NO LIGHTS ON. Attempt made by: TONY LOWE. Attempt at: 390 ARKANSAS STREET   SAN FRANCISCO CA 94107. |
| Wed | 12/05/07 | 6:25pm | Home | NO ANSWER, NO ACTIVITY, RESIDENCE IS DARK. Attempt made by: TONY LOWE. Attempt at: 390 ARKANSAS STREET   SAN FRANCISCO CA 94107. |
| Wed | 12/05/07 | 9:00pm | Home | NO ANSWER, NO ACTIVITY, RESIDENCE IS DARK, TRIED BOTH FRONT AND BACK ENTRANCE. Attempt made by: TONY LOWE. Attempt at: 390 ARKANSAS STREET   SAN FRANCISCO CA 94107. |
| Thu | 12/06/07 | 2:00pm | Home | Substituted Service on:   LINDA ERKELENS Home - 390 ARKANSAS STREET SAN FRANCISCO, CA. 94107  by Serving: JANE DOE, Caucasian, Female, 40 Years Old, Blonde Hair, Blue Eyes, 5 Feet 5 Inches, 150 Pounds Person of sutiable age an discretion.  Served by: TONY LOWE |
| Mon | 12/10/07 | | | Mailed copy of Documents to:   LINDA ERKELENS |

3. Person Executing
   a. TONY LOWE
   b. FIRST LEGAL SUPPORT SERVICES
      1138 HOWARD STREET
      SAN FRANCISCO, CA  94103
   c.

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. **The Fee** for service was:
e. I am:  (3) Not a Registered California Process Server

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Mon, Dec. 10, 2007             AFFIDAVIT OF REASONABLE DILIGENCE             _Tony Lowe_
                                                                                                     (TONY LOWE)

| Attorney or Party without Attorney: JAMES A. DAIRE<br>REED SMITH LLP<br>TWO EMBARCADERO CENTER<br>20TH FLOOR<br>SAN FRANCISCO, CA 94111<br>Telephone No: 415 543-8700   FAX No: 415 391-8269 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation | |
| Defendant: LINDA ERKELENS, an individual | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07-06138 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SEE ATTACHED LIST

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Mon., Dec. 10, 2007
   b. Place of Mailing:          SAN FRANCISCO, CA 94103
   c. Addressed as follows:      LINDA ERKELENS
                                 390 ARKANSAS STREET
                                 SAN FRANCISCO, CA 94107

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Dec. 10, 2007 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GREG MIDDLETON                                        d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                          e. I am: Not a Registered California Process Server
      1138 HOWARD STREET
      SAN FRANCISCO, CA 94103
   c. 415-626-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Mon, Dec. 10, 2007

   Judicial Council Form                PROOF OF SERVICE              (GREG MIDDLETON)
   Rule 982.9.(a)&(b) Rev January 1, 2007        By Mail                6387960.jamda-rs.101390