1 | Scott D. Baker (SBN 84923)
　 | *Email: sbaker@reedsmith.com*
2 | James A. Daire (SBN 239637)
　 | *Email: jdaire@reedsmith.com*
3 | REED SMITH LLP
　 | Two Embarcadero Center, Suite 2000
4 | San Francisco, CA  94111-3922

5 | **Mailing Address:**
　 | P.O. Box 7936
6 | San Francisco, CA  94120-7936

7 | Telephone:   +1 415 543 8700
　 | Facsimile:   +1 415 391 8269
8

　 | Attorneys for Plaintiff
9 | Clear Channel Outdoor, Inc.

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | CLEAR CHANNEL OUTDOOR, INC. a Delaware Corporation, | Case No.:  CV 07 6138 MJJ
14 |  | **PROOF OF SERVICE**
15 | Plaintiff,
16 | vs.
17 | LINDA ERKELENS, an individual,
18 | Defendant.

19
20
21
22
23
24
25
26
27
28

– 1 –

PROOF OF SERVICE

DOCSSFO-12501045.1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On December 10, 2007, I served the following document(s) by the method indicated below:

1. ORDER DENYING PLAINTIFF'S EX PARTE MOTION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

2. CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE ON REASSIGNMENT

3. PROOF OF SERVICE

☒ by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 6:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

**By U.S. Mail**
Linda Erkelens

1  390 Arkansas Street
   San Francisco, California 94107

2  **By Email and FAX**:
3  M. Brett Gladstone
   Niall Vignoles
4  Gladstone & Associates
   Penthouse, 177 Post Street
5  San Francisco, CA  94108
   Facsimile:  415-394-5188
6  Brett@gladstoneassociates.com
   Niall@gladstoneassociates.com

   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on December 10, 2007, at San Francisco, California.

   *Richard Allen* (signature)
   Richard Allen