Gerald M. Murphy, State Bar No. 99994
Marisa M. Kirschenbauer, State Bar No. 226729
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: gmurphy@luce.com
mkirschenbauer@luce.com

Attorneys for Defendant Linda Erkelens

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LINDA ERKELENS, an individual,<br><br>Defendant. | Case No. C 07-06138 JCS<br><br>**CERTIFICATE OF SERVICE** |

# PROOF OF SERVICE

Clear Channel Outdoor, Inc., v. Erkelens, et al., Case No. C 07-06138 JCS

Judge: Martin J. Jenkins

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Rincon Center II, 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

On January 7, 2008, I served true copies of the following document(s) described as on the interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Luce, Forward, Hamilton & Scripps LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**ELECTRONIC TRANSMISSION:** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 7, 2008, at San Francisco, California.

Cheryl Cormier

SERVICE LIST

| | | |
|---|---|---|
| **Scott D. Baker**<br>Reed Smith LLP<br>Two Embarcadero Center<br>Suite 2000<br>San Francisco, CA 94111<br>415/659-5901<br>(415) 391-8269 (fax)<br>sbaker@reedsmith.com<br>*Assigned: 12/04/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Clear Channel Outdoor, Inc.**<br>*(Plaintiff)* |
| **James A Daire**<br>Reed Smith LLP<br>Two Embarcadero Center<br>Suite 2000<br>san francisco, CA 94111<br>415.543.8700<br>(415) 391-8269 (fax)<br>JDaire@ReedSmith.com<br>*Assigned: 12/04/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Clear Channel Outdoor, Inc.**<br>*(Plaintiff)* |

1.

2. 301026740.1