UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Channel Outdoor, Inc., a Delaware Corporation

        Plaintiff(s),

v.

Linda Erkelens, an individual

        Defendant(s).
_____/

Case No. CV 07 6138 JCS

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 02/22/2008

Patrick Powers, for CCO, Inc.
[Party]

Dated: 02/22/2008

James A. Daire
[Counsel]

**Certification of Signature**

I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Date: February 22, 2008

                                                /s/
                                    James A. Daire

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of February 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                                /s/
                                    James A. Daire