# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 3/12/08

**C-07-06138 SBA**          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title: CLEAR CHANNEL OUTDOOR, INC.** vs. **ERKELENS**

**Atty.:** __GERALD MURPHY__          __SCOTT BAKER__

_____    _____

**Deputy Clerk: Lisa R. Clark          Court Reporter:___ NOT REPORTED__**
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD**
( )  ( ) **2.**_____
( )  ( ) **3.**_____
( )  ( ) **4.**_____
( ) **Motion(s)   ( ) Granted      ( ) Denied        ( ) Off Calendar**
            **( ) Granted/Part  ( ) Denied/Part  ( ) Submitted**
**(X) Order to be prepared by ( ) Plaintiff ( )Deft  (X) Court**

### RESULT OF CASE MANAGEMENT CONFERENCE
**Case Continued to_____for a Telephone Case Management Conference at  p.m.**
**Case Continued to_____for  OSC RE:_____**
**Case Continued to_____for_____Motion Hearing**
**Brief Sched. Motion papers by_____Opposition by_____Reply by_____**
**General Discovery Cut-off 7/15/08_____Expert Discovery Cut-off 10/20/08**
**Plft to name Experts by 8/15/08____Deft to name Experts by  8/15/08_____**
**All Dispositive Motions to be heard by ( Motion Cut-off) 9/16/08_____**
**Case Continued to 11/4/08____for Pretrial Conference at 1:00 p.m.**
**Pretrial Papers Due 10/14/08___Motions in limine/objections to evidence due 10/21/08**
**Responses to motions in limine and/or responses to objections to evidence due 10/28/08**
**Case Continued to 11/10/08__for Trial(Court/Jury:  2____Days) at 8:30 a.m.**
**(X) REFERRED TO MAGISTRATE_ TO BE ASSIGNED_ FOR SETTLEMENT**
**CONFERENCE**
**( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
**Notes:__ MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 9/17-10/10/08**
**BEFORE A MAGISTRATE JUDGE; PRIVATE MEDIATION TO BE COMPLETED BY 6/13/08**
cc: WINGS HOM & ADR VIA FAX