```
 1  Scott D. Baker (SBN 84923)
    Email: sbaker@reedsmith.com
 2  James A. Daire (SBN 239637)
    Email: jdaire@reedsmith.com
 3  REED SMITH LLP
    Two Embarcadero Center, Suite 2000
 4  San Francisco, CA 94111-3922

 5  Mailing Address:
    P.O. Box 7936
 6  San Francisco, CA 94120-7936

 7  Telephone:   +1 415 543 8700
    Facsimile:   +1 415 391 8269
 8
    Attorneys for Plaintiff
 9  Clear Channel Outdoor, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>LINDA ERKELENS, an individual,<br><br>    Defendant. | Case No.: C 07-06138 SBA<br><br>**[PROPOSED] ORDER GRANTING CLEAR CHANNEL OUTDOOR, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, FURTHER RESPONSES AND DEPOSITION OF LINDA ERKELENS** |

1   Plaintiff Clear Channel Outdoor, Inc.'s ("Clear Channel") Motion to Compel came on
2   regularly for hearing in this Court. Clear Channel and Defendant Linda Erkelens appeared through
3   their respective counsel of record. Based on the papers filed by the parties, oral argument and the
4   record in this action, and good cause appearing, IT IS HEREBY ORDERED that Clear Channel's
5   Motion to Compel is GRANTED.

7   Clear Channel has demonstrated that the discovery at issue on this Motion to Compel is
8   relevant and reasonably calculated to lead to the discovery of admissible evidence and that the need
9   for such discovery outweighs any burden placed on Ms. Erkelens in responding to such discovery.
10  Ms. Erkelens' objections and refusal to produce the categories of documents at issue were without
11  substantial justification.

13  Ms. Erkelens is ordered to produce all previously withheld responsive, non-privileged
14  documents without restriction, including (1) the complete May 29, 2007 agreement from Advertising
15  Display Systems 1, LLC ("ADS"); (2) the complete May 30, 20007 letter from Ms. Erkelens to ADS
16  and (3) any other communications with ADS.

18  Ms. Erkelens is further ordered to amend her responses to Clear Channel's Requests For
19  Production Numbers 3, 4, 6, 16, 29, 30 and 32 and to produce any documents responsive to these
20  requests.

22  ///

24  ///

26  ///

Case No.: C 07-06138 SBA    — 1 —    DOCSSFO-12517683.1 6/10/08 4:46 PM
[PROPOSED] ORDER GRANTING CLEAR CHANNEL OUTDOOR, INC.'S MOTION TO COMPEL
PRODUCTION OF DOCUMENTS, FURTHER RESPONSES AND DEPOSITION

1  Ms. Erkelens shall complete the production of the above-referenced categories of documents
2  and serve her further amended responses within five (5) calendar days of this Order. In addition,
3  Ms. Erkelens is ordered to make herself available for deposition to testify regarding the documents
4  and materials identified above within seven (7) calendar days after production of documents in
5  compliance with this Order. The Court's July 15, 2008 discovery cut-off shall be extended for the
6  sole purpose of ensuring Ms. Erkelens' compliance with this Order.

**IT IS SO ORDERED.**

DATED: _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of June 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/
James A. Daire