Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LINDA ERKELENS, an individual,<br><br>　　　　　Defendant. | Case No.: C 07-06138 SBA<br><br>**[PROPOSED] ORDER GRANTING CLEAR CHANNEL OUTDOOR, INC.'S MOTION FOR AN AWARD OF ATTORNEY FEES** |

1  Plaintiff Clear Channel Outdoor, Inc.'s ("Clear Channel") Motion for an Award of
2  Attorney's Fees came on regularly for hearing in this Court. Clear Channel and Defendant Linda
3  Erkelens appeared through their respective counsel of record. Based on the papers filed by the
4  parties, oral argument and the record in this action, and good cause appearing, IT IS HEREBY
5  ORDERED that Clear Channel's Motion for an Award of Attorney Fees is GRANTED.

7  The Court finds that Ms. Erkelens failure to produce the documents requested and to further
8  amend her responses to Clear Channel's discovery requests was without substantial justification.
9  Ms. Erkelens shall cause to be paid Clear Channel the amount of $_____ as an award of
10 costs and attorney fees incurred in its efforts to meet and confer and to bring this Motion to Compel.

12 **IT IS SO ORDERED.**

14 DATED: _____, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of June 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

```
                        /s/
                  James A. Daire
```