Scott D. Baker (SBN 84923)
*Email: sbaker@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>LINDA ERKELENS, an individual,<br><br>  Defendant. | Case No.: C 07-06138 SBA (JL)<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING THE TIME IN WHICH CLEAR CHANNEL OUTDOOR, INC.'S MOTION TO COMPEL AND MOTION FOR ATTORNEY FEES WILL BE HEARD**<br><br>Date:    To be determined<br>Time:   To be determined<br>Place:   To be determined<br><br>Compl. Filed:  December 4, 2007<br>Trial Date:  November 10, 2008 |

1  The parties, by and through their undersigned counsel of record, hereby stipulate to (1)
2  shorten the time in which Plaintiff Clear Channel Outdoor. Inc's ("Clear Channel") Motion to
3  Compel and Motion For Attorney's Fees will be heard.  This case was referred to this Court for all
4  discovery matters after Clear Channel filed these motions, and the motions are not yet scheduled for
5  hearing.  The parties, in recognition that this Court hears civil law and motion matters on
6  Wednesday, stipulate to the following schedule:

| Event | Date |
| --- | --- |
| Clear Channel's Motions | June 10, 2008 |
| Ms. Erkelens' Oppositions to Motions | June 25, 2008 |
| Clear Channel's Replies in support of Motions | July 2, 2008 |
| Hearing | July 9, 2008, 9:30 a.m. |

16  Good cause exists to shorten the time in which these motions will be heard.  The fact
17  discovery cut-off for this case is current set for Tuesday, July 15, 2008.  Clear Channel's motions
18  were filed on June 10, 2008 and sought a hearing date on regular notice of Tuesday, July 15.  Prior
19  to filing its motions, the parties met and conferred several times, by letter and phone, in an attempt to
20  narrow the issues in dispute, and Ms. Erkelens served amended responses on June 2, 2008.  In
21  addition, the parties participated in JAMS mediation before John Bates on June 6, 2008, two
22  business days before the motion was filed, in an attempt to settle the entire substantive dispute.

24  ///

26  ///

1  There have been no previous time modifications made in this case.  This Stipulation will not
2  impact any other deadlines in the case.

4  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6  DATED: June 13, 2008            REED SMITH, LLP

8                                  By: /s/ James A. Daire
                                   James A. Daire
9                                  Attorneys for Clear Channel Outdoor, Inc.

10 DATED: June 13, 2008            LUCE, FORWARD, HAMILTON & SCRIPPS LLP

13                                 By: /s/ Gerald Murphy
                                   Gerald Murphy
14                                 Attorneys for Linda Erkelens
                                   *Plaintiff's counsel attests that concurrence in the filing*
15                                 *of this document has been obtained from the above-*
                                   *named signatory*

18 PURSUANT TO STIPULATION IT IS SO ORDERED.

20 DATED: _____, 2008.

23                                 _____
                                   HON. JAMES LARSON
24                                 UNITED STATES MAGISTRATE JUDGE

1 **Certificate of Service**

   The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 13th day of June 2008, with a copy of this document via the Court's CM/ECF system.  I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                             /s/  James A. Daire            
                             James A. Daire