1  Scott D. Baker (SBN 84923)
   *Email: sbaker@reedsmith.com*
2  James A. Daire (SBN 239637)
   *Email: jdaire@reedsmith.com*
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
8
   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 | CLEAR CHANNEL OUTDOOR, INC., a      | Case No.: C 07-06138 SBA (JL)
     Delaware Corporation,
14 |                                      | **STIPULATION AND [PROPOSED]
                      Plaintiff,            ORDER SHORTENING THE TIME IN
15 |                                        WHICH CLEAR CHANNEL OUTDOOR,
          vs.                               INC.'S MOTION TO COMPEL AND
16 |                                        MOTION FOR ATTORNEY FEES WILL
     LINDA ERKELENS, an individual,         BE HEARD**
17 |
                      Defendant.          | Date:     To be determined
18 |                                        Time:     To be determined
                                            Place:    To be determined
19
                                            Compl. Filed:  December 4, 2007
20                                          Trial Date:    November 10, 2008

21

22

23

24

25

26

27

28

Case No.: C 07-06138 SBA (JL)                                           DOCSSFO-12518134.1
STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME

1      The parties, by and through their undersigned counsel of record, hereby stipulate to (1)
2  shorten the time in which Plaintiff Clear Channel Outdoor. Inc's ("Clear Channel") Motion to
3  Compel and Motion For Attorney's Fees will be heard.  This case was referred to this Court for all
4  discovery matters after Clear Channel filed these motions, and the motions are not yet scheduled for
5  hearing.  The parties, in recognition that this Court hears civil law and motion matters on
6  Wednesday, stipulate to the following schedule:

| Event | Date |
|---|---|
| Clear Channel's Motions | June 10, 2008 |
| Ms. Erkelens' Oppositions to Motions | June 25, 2008 |
| Clear Channel's Replies in support of Motions | July 2, 2008 |
| Hearing | July 9, 2008, 9:30 a.m. |

16      Good cause exists to shorten the time in which these motions will be heard.  The fact
17  discovery cut-off for this case is current set for Tuesday, July 15, 2008.  Clear Channel's motions
18  were filed on June 10, 2008 and sought a hearing date on regular notice of Tuesday, July 15.  Prior
19  to filing its motions, the parties met and conferred several times, by letter and phone, in an attempt to
20  narrow the issues in dispute, and Ms. Erkelens served amended responses on June 2, 2008.  In
21  addition, the parties participated in JAMS mediation before John Bates on June 6, 2008, two
22  business days before the motion was filed, in an attempt to settle the entire substantive dispute.

24      ///

26      ///

There have been no previous time modifications made in this case. This Stipulation will not impact any other deadlines in the case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 13, 2008  REED SMITH, LLP

By: /s/ James A. Daire
James A. Daire
Attorneys for Clear Channel Outdoor, Inc.

DATED: June 13, 2008  LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: /s/ Gerald Murphy
Gerald Murphy
Attorneys for Linda Erkelens
*Plaintiff's counsel attests that concurrence in the filing of this document has been obtained from the above-named signatory*

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: June 17, 2008 , 2008.

HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE