## CIVIL MINUTES

**Chief Magistrate Judge James Larson**          Sahar McVickar-Court Reporter
                                                 10:02-10:19 (17 mins)

Date: **July 9 , 2008**

Case No: **C07-6138 SBA (JL)**

Case Name: **Clear Channel Outdoor, Inc. v. Linda Erkelens**
Plaintiff  Attorney(s):
Defendant Attorney(s):
Deputy Clerk: **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Pltf's mo to compel prod of docs, fur responses, depos of deft | Submitted |
| 2. Pltf's mo for attys' fees | Denied, w/o prej |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ]  Court


Notes: Requests #29 & 30 for prod docs - moot. Counsel agreed on date for deft's depos.


cc: Venice, Kathleen, Lisa