United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clear Channel Outdoor, Inc, | No. C 07-6138 SBA (JL) |
| Plaintiffs, | |
| v. | **ORDER GRANTING IN PART PLAINTIFF'S MOTION TO COMPEL DISCOVERY (Docket # 31)** |
| Erkelens, | |
| Defendants. | |

Plaintiff's motion to compel discovery came on for hearing. James A. Daire, REED SMITH, LLP, appeared for Plaintiff. Andrew Azarmi, LUCE, FORWARD, HAMILTON & SCRIPPS LLP, appeared for Defendant. The Court, after reading and considering the pleadings and oral argument by counsel, issued its order in part at the hearing and in part via an email to counsel the following day. The Court hereby formalizes its ruling for the docket.

The motion to compel responses to request Nos. 3, 4, 6, and 16 is granted.

The motion to compel responses to Request Nos. 29 and 30 is denied as moot.

The motion to compel response to request No. 32 is granted.

The motion for sanctions is denied without prejudice.

All responses are subject to an attorneys'-eyes-only protective order and production was due on July 9, to permit review prior to the deposition of defendant Linda Erkelens.

1    IT IS SO ORDERED.
2   DATED: July 18, 2008

_____
JAMES LARSON
Chief Magistrate Judge