Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LINDA ERKELENS, an individual, <br><br> Defendant. | Case No.: C 07-06138 SBA (JL) <br><br> **ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** <br><br> [Civil L.R. 79-5(d)] |

Pursuant to Local Rules 7-11 and 79-5(d), Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel"), hereby files an Administrative Motion for a sealing order relating to documents submitted in connection with its Motion for Partial Summary Judgment. These documents are either designated or contain references to materials which Defendant Linda Erkelens claims are confidential pursuant to a protective order.

Specifically, pursuant Civil Local Rule 79-5(d), Clear Channel has lodged under seal the following documents which were designated by Defendant Linda Erkelens as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this litigation:

(1) Exhibit A to the Declaration of James. A. Daire (the excerpts from the deposition of Linda Erkelens, taken in connection with this matter on July 14 and July 17, 2008 in San Francisco, California).

Clear Channel has also lodged under seal its Notice and Motion For Partial Summary Judgment, which contains references to the materials designated by Defendant Erkelens pursuant to the Protective Order as "Highly Confidential – Attorneys' Eyes Only."

DATED: August 5, 2008.

REED SMITH LLP

By  /s/ James A. Daire
James A. Daire
Attorneys for Plaintiff
Clear Channel Outdoor, Inc

Case No.: C 07-06138 SBA         – 1 –         DOCSSFO-12523414.1
ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of August 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/
James A. Daire