1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
8

   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13  CLEAR CHANNEL OUTDOOR, INC., a          Case No.: C 07-06138 SBA (JL)
    Delaware Corporation,
14                                          **CLEAR CHANNEL OUTDOOR, INC.'S *EX
                      Plaintiff,            PARTE* APPLICATION REQUESTING
15                                          EXTENSION OF MOTION CUT-OFF
          vs.                               DEADLINE**
16
    LINDA ERKELENS, an individual,
17                                          Compl. Filed: December 4, 2007
                      Defendant.            Trial Date:   November 10, 2008
18
                                            Hon. Saundra Brown Armstrong

1  Pursuant to this Court's Scheduling Information and Civil Local Rule 7-10, Clear Channel
2  Outdoor, Inc. submits this *Ex Parte* Application requesting that its motion cut-off deadline be
3  extended one week to the Court's next available hearing date on September 23, 2008 for the purpose
4  of Clear Channel's Motion for Partial Summary Judgment.

5  Good cause exists for this *Ex Parte* Application. The existing motion cut-off in this case is
6  September 16, 2008. [*See* Docket No. 29.] This case ends in an even number, and therefore hearing
7  on September 16, 2008, though on regular notice, is not available for Clear Channel's Motion for
8  Partial Summary Judgment. [*See* Court's Scheduling Information.] Clear Channel has also not
9  waited until 35 calendar days prior to the cut-off date to file and serve its Motion for Partial
10 Summary Judgment. On the contrary, Clear Channel has filed and served its Motion For Partial
11 Summary Judgment on 41 calendar days notice from the existing September 16, 2008 cut-off, in
12 advance of the time required by applicable Civil Local Rules and this Court's Standing Orders. In
13 addition, extending the hearing date for Clear Channel's Motion For Summary Judgment to
14 September 23, 2008 does not affect any other Court ordered deadlines. Finally, Clear Channel's
15 Motion for Partial Summary Judgment may truncate the disputed issues for trial.

16 Clear Channel's counsel has met and conferred with Defendant Linda Erkelens' counsel
17 regarding this *Ex Parte* Application. Ms. Erkelens has no objection to the *Ex Parte* Application and
18 intends to file her own dispositive motion.

19 Accordingly, Clear Channel requests that its motion cut-off deadline of September 16, 2008
20 be extended to the court's next available hearing date on September 23, 2008 for the purpose of Clear
21 Channel's Motion for Partial Summary Judgment.

22
23 DATED: August 6, 2008.

    REED SMITH LLP

    By    /s/ James A. Daire
       James A. Daire
       Attorneys for Plaintiff
       Clear Channel Outdoor, Inc

Case No.: C 07-06138 SBA                          – 1 –                           DOCSSFO-12523526.2
CLEAR CHANNEL OUTDOOR, INC.'S *EX PARTE* APPLICATION REQUESTING EXTENSION OF MOTION
CUT-OFF DEADLINE

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of August 2008, with a notice of filing of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_____/s/_____
James A. Daire

## Meet and Confer Certification

I certify pursuant to ¶ 5 of Judge Armstrong's Standing Order that the parties have met and conferred by telephone regarding this *Ex Parte* Application.

_____/s/_____
James A. Daire