| | |
|---|---|
| 1 | Scott D. Baker (SBN 84923) |
| | Email: sbaker@reedsmith.com |
| 2 | James A. Daire (SBN 239637) |
| | Email: jdaire@reedsmith.com |
| 3 | REED SMITH LLP |
| | Two Embarcadero Center, Suite 2000 |
| 4 | San Francisco, CA 94111-3922 |
| 5 | **Mailing Address:** |
| | P.O. Box 7936 |
| 6 | San Francisco, CA 94120-7936 |
| 7 | Telephone:  +1 415 543 8700 |
| | Facsimile:  +1 415 391 8269 |
| 8 | |
| 9 | Attorneys for Plaintiff |
| | Clear Channel Outdoor, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA ERKELENS, an individual,<br><br>Defendant. | Case No.: C 07-06138 SBA (JL)<br><br>**[PROPOSED] ORDER GRANTING CLEAR CHANNEL OUTDOOR, INC.'S *EX PARTE* APPLICATION REQUESTING EXTENSION OF MOTION CUT-OFF DEADLINE** |

Case No.: C 07-06138 SBA

DOCSSFO-12523538.1

[PROPOSED] ORDER GRANTING CLEAR CHANNEL OUTDOOR, INC.'S *EX PARTE* APPLICATION REQUESTING EXTENSION OF MOTION CUT-OFF DEADLINE

Having considered Plaintiff Clear Channel Outdoor, Inc.'s ("Clear Channel") *Ex Parte* Application requesting extension of the existing motion cut-off for purpose of its Partial Motion For Summary Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT Clear Channel's *Ex Parte* Application is GRANTED as follows:

1. Defendant Linda Erkelens' Opposition to Clear Channel's Partial Motion For Summary Judgment, if any, shall be due September 2, 2008.

2. Plaintiff Clear Channel's Reply regarding its Partial Motion For Summary Judgment, if any, shall be due September 9, 2008.

3. The hearing on Clear Channel's Partial Motion For Summary Judgment is scheduled for September 23, 2008 at 1:00 p.m., or as soon thereafter as it may be heard.

No other deadlines or orders are affected by this Order.

IT IS SO ORDERED.

DATED: _____

_____
U.S. District Judge Saundra B. Armstrong

Case No.: C 07-06138 SBA — 1 — DOCSSFO-12523538.1
[PROPOSED] ORDER GRANTING CLEAR CHANNEL OUTDOOR, INC.'S *EX PARTE* APPLICATION REQUESTING EXTENSION OF MOTION CUT-OFF DEADLINE

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of August 2008, with a notice of filing of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                               /s/
                                    James A. Daire