1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA 94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA 94120-7936

7  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
8

   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13  CLEAR CHANNEL OUTDOOR, INC., a        Case No.: C 07-06138 SBA (JL)
    Delaware Corporation,
14                                         **ERRATUM RE CLEAR CHANNEL
                   Plaintiff,              OUTDOOR, INC.'S NOTICE OF MOTION
15                                         FOR PARTIAL SUMMARY JUDGMENT**
          vs.
16                                         [Fed.R.Civ.P. 56]
    LINDA ERKELENS, an individual,
17                                         Date:    TBD
                   Defendant.              Time:    TBD
18                                         Place:   Courtroom 3, 3rd Floor

19                                         Compl. Filed: December 4, 2007
                                           Trial Date: November 10, 2008
20
                                           Hon. Saundra Brown Armstrong
21

TO THE COURT, DEFENDANT AND ATTORNEYS OF RECORD:

Plaintiff Clear Channel Outdoor, Inc.'s ("Clear Channel") Notice of Motion for Partial Summary Judgment and the cover page to the Declaration of Patrick Powers in support thereof erroneously state that the Motion is noticed for hearing on September 16, 2008. In fact, Clear Channel has noticed the Motion for Partial Summary Judgment for hearing on September 23, 2008, pending the Court's Order re Clear Channel's *Ex Parte* Application requesting that the motion cut-off be extended one week. Clear Channel respectfully submits this erratum to correct the error.

| Page:Line | Current Text in Notice of Motion | Corrected Text in Notice of Motion |
|---|---|---|
| 0:3-6 | PLEASE TAKE NOTICE that on September 16, 2008, at 1:00 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612-5212, Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel") will and hereby does move the Court for partial summary judgment. | PLEASE TAKE NOTICE that on September 23, 2008, at 1:00 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612-5212, Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel") will and hereby does move the Court for partial summary judgment, pending the Court's order on the accompanying *ex parte* application. |

A corrected version of the Notice of Motion is attached hereto as Exhibit A.

DATED: August 6, 2008.

REED SMITH LLP

By  /s/ James A. Daire
James A. Daire
Attorneys for Plaintiff
Clear Channel Outdoor, Inc

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of August 2008, with a notice of filing of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                                    /s/
                                       James A. Daire

# EXHIBIT A

1  Scott D. Baker (SBN 84923)
   Email: sbaker@reedsmith.com
2  James A. Daire (SBN 239637)
   Email: jdaire@reedsmith.com
3  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
4  San Francisco, CA  94111-3922

5  **Mailing Address:**
   P.O. Box 7936
6  San Francisco, CA  94120-7936

7  Telephone:   +1 415 543 8700
   Facsimile:   +1 415 391 8269
8
   Attorneys for Plaintiff
9  Clear Channel Outdoor, Inc.

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13 | CLEAR CHANNEL OUTDOOR, INC., a       | Case No.: C 07-06138 SBA (JL)
   | Delaware Corporation,                |
14 |                                      | **CLEAR CHANNEL OUTDOOR, INC.'S**
   |            Plaintiff,                | **NOTICE OF MOTION AND MOTION FOR**
15 |                                      | **PARTIAL SUMMARY JUDGMENT**
   |     vs.                              |
16 |                                      | [Fed.R.Civ.P. 56]
   | LINDA ERKELENS, an individual,       |
17 |                                      | Date:    TBD
   |            Defendant.                | Time:    TBD
18 |                                      | Place:   Courtroom 3, 3rd Floor

19                                          Compl. Filed:  December 4, 2007
                                            Trial Date:    November 10, 2008
20
                                            Hon. Saundra Brown Armstrong
21

22

23              **DOCUMENT SUBMITTED UNDER SEAL**

24

25

26

27

28

Case No.: C 07-06138 SBA                                              DOCSSFO-12521014.7

CLEAR CHANNEL OUTDOOR, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY
                                   JUDGMENT

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 23, 2008, at 1:00 p.m., in Courtroom 3 of the United States District Court for the Northern District of California, 1301 Clay Street, Oakland, CA 94612-5212, Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel") will and hereby does move the Court for partial summary judgment, pending the Court's order on the accompanying *ex parte* application. The motion cut-off date in this action is 9/16/2008 and this is an even-numbered action. Pursuant to the Court's Scheduling Information, Clear Channel submits an *ex parte* application along with its motion papers requesting that the motion cut-off deadline be extended to the Court's next available hearing date on September 23, 2008.

Clear Channel moves the Court for summary judgment of its first (breach of contract), second (conversion) and sixth (declaratory relief) claims for relief on the ground that that the plain language of the contract between the parties establishes as a matter of law that: (1) Clear Channel is the owner of the signs, structures, and improvements at 1801 Turk Street; and (2) the parties have voluntarily agreed by virtue of their contract that Clear Channel has the right to voluntarily remove (or to not remove) the signs, structures and improvements at its sole discretion, including the right to retain all permits necessary to effectuate the removal. In addition, Clear Channel seeks an injunction preventing Defendant Linda Erkelens, and her officers, directors, principals, agents, servants, employees, successors and assigns, and all other persons in active concert, privity or in participation with Defendant, jointly and severally, from denying Clear Channel access to the sign structure for the purpose of completing Clear Channel's voluntary removal.

This Motion is made pursuant to Federal Rule of Civil Procedure 56 and is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities attached hereto, the Declaration of James A. Daire, the Declaration of Patrick Powers, all pleadings and paper on file in this action and such further evidence that may be submitted to the Court at or before the hearing.

Case No.: C 07-06138 SBA

CLEAR CHANNEL OUTDOOR, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT

DOCSSFO-12521014.7