Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>LINDA ERKELENS, an individual,<br><br>　　　　　　Defendant. | Case No.: C 07-06138 SBA (JL)<br><br>**JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE** |

1  Plaintiff Clear Channel Outdoor, Inc. and Defendant Linda Erkelens (collectively, "the
2  parties"), by and through their undersigned counsel of record, hereby jointly request to continue the
3  Settlement Conference before Judge Laporte currently set for September 17, 2008 at 1:30 p.m. until
4  September 24, 2008 at 1:30 p.m., or as soon thereafter as the Court's calendar permits. The parties
5  seek this continuance for a compelling reason, inasmuch as Clear Channel Outdoor, Inc.'s Motion
6  For Partial Summary Judgment, though submitted on regular notice, cannot be heard by Judge
7  Armstrong before September 23, 2008. Clear Channel Outdoor, Inc.'s Motion for Partial Summary
8  Judgment may truncate the disputed issues for trial, making the ideal time for Settlement Conference
9  after any hearing on the Motion. In addition, Judge Armstrong's Pretrial Order states that the
10 Settlement Conference may take place anytime on or before October 10, 2008. [Docket No. 29.]
11      All other Settlement Conference dates, including the date by which the parties are to deliver
12 Confidential Settlement Conference Statements, shall remain the same.
13      Pursuant to Judge Laporte's existing Settlement Conference Order, a copy of this request is
14 being submitted by facsimile at (415) 522-2002, and a paper copy shall be promptly delivered to
15 chambers.

DATED: August 7, 2008.

REED SMITH LLP

By  /s/ James A. Daire
    James A. Daire
    Attorneys for Plaintiff
    Clear Channel Outdoor, Inc.

DATED: August 7, 2008.

LUCE FORWARD HAMILTON & SCRIPPS LLP

By  /s/ Andrew Azarmi
    Andrew Azarmi
    Attorneys for Defendant
    Linda Erkelens

Case No.: C 07-06138 SBA                    – 1 –                        DOCSSFO-12523700.1
JOINT REQUEST AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2008.

_____
Honorable Elizabeth D. Laporte
UNITED STATES MAGISTRATE

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7th day of August 2008, with a notice of filing of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/
James A. Daire

## Signature Attestation

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

/s/
James A. Daire