1 | Scott D. Baker (SBN 84923)
  | Email: sbaker@reedsmith.com
2 | James A. Daire (SBN 239637)
  | Email: jdaire@reedsmith.com
3 | REED SMITH LLP
  | Two Embarcadero Center, Suite 2000
4 | San Francisco, CA 94111-3922

5 | **Mailing Address:**
  | P.O. Box 7936
6 | San Francisco, CA 94120-7936

7 | Telephone:   +1 415 543 8700
  | Facsimile:   +1 415 391 8269
8 |
  | Attorneys for Plaintiff
9 | Clear Channel Outdoor, Inc.

FILED
2008 AUG -6 PM 1:04
CLERK
NORTHERN DISTRICT
OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CLEAR CHANNEL OUTDOOR, INC. a Delaware Corporation, | Case No.: CV 07 6138 SBA |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| LINDA ERKELENS, an individual, | |
| Defendant. | |

1
2      I declare under penalty of perjury under the laws of the State of California that the
3  above is true and correct. Executed on August 6, 2008, at San Francisco, California.
4
5
6                                    /S/ Veronica Canton
                                     Veronica L. Canton
7
8
...
28

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On August 6, 2008, I served the following document(s) by the method indicated below:

1. DECLARATION OF JAMES A. DAIRE IN SUPPORT OF CLEAR CHANNEL OUTDOOR, INC'S MOTION FOR PARTIAL SUMMARY JUDGMENT

2. CLEAR CHANNEL OUTDOOR, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT

3. PROOF OF SERVICE

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☒ by transmitting via email to the parties at the email addresses listed below:

Gerald M. Murphy
Andrew Azarmi
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-Mail:  gmurphy@luce.com;
             aazarmi@luce.com