**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

CLEAR CHANNEL OUTDOOR, INC.,

      Plaintiff,

 v.

LINDA ERKELENS,

      Defendant.

No.  C 07-06138 SBA

**ORDER**

[Docket No. 48]

The Court DENIES without prejudice plaintiff Clear Channel Outdoor, Inc.'s Administrative Motion to File Documents Under Seal (the "Motion") [Docket No. 48], because movant has failed to advance any legal argument that the Court has the authority, under the "compelling reasons" standard to seal any of the documents proposed for sealing. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (" 'compelling reasons' must be shown to seal judicial records attached to a dispositive motion").

IT IS SO ORDERED.

August 11, 2008

                                                _Saundra B Armstrong_
                                                Saundra Brown Armstrong
                                                United States District Judge