1  Gerald M. Murphy, State Bar No. 99994
   Andrew S. Azarmi, State Bar No. 241407
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Tel:   415.356.4600
4  Fax:   415.356.4610
   E-mail: gmurphy@luce.com
5  E-mail: aazarmi@luce.com

6  Attorneys for Defendant
   LINDA ERKELENS
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11 | CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation, | Case No. C 07-06138 SBA |
12 | | *EX PARTE* APPLICATION OF DEFENDANT LINDA ERKELENS REQUESTING EXTENSION OF MOTION CUT-OFF DEADLINE |
   | Plaintiff, | |
13 | v. | |
14 | | |
   | LINDA ERKELENS, an individual, | |
15 | | |
   | Defendant. | Complaint Filed:  December 4, 2007 |
16 | | Trial Date:       November 10, 2008 |
17 | | Hon. Saundra Brown Armstrong |

301044839.1                                      Case No. C 07-06138 SBA
*EX PARTE* APPLICATION REQUESTING EXTENSION OF MOTION CUT-OFF DEADLINE

1   Pursuant to this Court's Scheduling Information and Civil Local Rule 7-10, defendant Linda Erkelens ("Defendant" or "Erkelens") submits this *Ex Parte* Application requesting that its motion cut-off deadline be extended one week to the Court's next available hearing date on September 23, 2008 for the purpose of Defendant Linda Erkelens' filing of a Motion for Summary Judgment.

Good cause exists for this *Ex Parte* Application. The existing motion cut-off in this case is September 16, 2008 [*See*, Scheduling Order, Docket No. 29.] This case ends in an even number, and therefore hearing on September 16, 2008, though on regular notice, is not available for Defendant's Motion for Summary Judgment. *Id*. In addition, extending the hearing date for Defendant's Motion For Summary Judgment to September 23, 2008 does not affect any other Court ordered deadlines or cause prejudice to Clear Channel Outdoor, Inc. ("Plaintiff" or "Clear Channel"). Finally, Defendant's Motion for Summary Judgment may truncate the disputed issues for trial.

Defense counsel has met and conferred with counsel for Clear Channel regarding this *Ex Parte* Application. Plaintiff's counsel has no objection to the *Ex Parte* Application and intends to file its own dispositive motion. Furthermore, Plaintiff Clear Channel has requested that its motion for partial summary judgment also be heard on September 23, 2008. Allowing both parties' dispositive motions to be heard on the same day, September 23, promotes judicial efficiency, avoids duplication of issues, and helps reduce the expense of litigation.

Accordingly, Defendant requests that its motion cut-off deadline of September 16, 2008, be extended to the Court's next available hearing date of September 23, 2008 for the purpose of Defendant's Motion for Summary Judgment.

Dated: August 12, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Andrew S. Azarmi
Attorneys for Defendant
LINDA ERKELENS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 12th day of August, 2008, with a notice of filing of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

_____
Andrew S. Azarmi

## MEET AND CONFER CERTIFICATION

I certify pursuant to ¶5 of Judge Armstrong's Standing Order that the parties have met and conferred by telephone regarding this *Ex Parte* Application.

_____
Andrew S. Azarmi