1  Gerald M. Murphy, State Bar No. 99994
   Andrew S. Azarmi, State Bar No. 241407
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
   Tel:    415.356.4600
4  Fax:    415.356.4610
   E-mail: gmurphy@luce.com
5  E-mail: aazarmi@luce.com

6  Attorneys for Defendant
   LINDA ERKELENS
7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11 | CLEAR CHANNEL OUTDOOR, INC., a | Case No. C 07-06138 SBA (JL)
   | Delaware Corporation,           | **[PROPOSED] ORDER GRANTING LINDA
12 |                                 | ERKELENS' *EX PARTE* APPLICATION
   |        Plaintiff,               | REQUESTING EXTENSION OF MOTION
13 |                                 | CUT-OFF DEADLINE**
   |   v.
14 |
   | LINDA ERKELENS, an individual,
15 |
   |        Defendant.
16

Having considered Defendant Linda Erkelens' ("Defendant") *Ex Parte* Application requesting extension of the existing motion cut-off for the purpose of its Motion For Summary Judgment, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT Defendant Erkelens' *Ex Parte* Application is GRANTED as follows:

1. Plaintiff Clear Channel Outdoor, Inc.'s Opposition to Defendant's Motion For Summary Judgment, if any, shall be due September 2, 2008.

2. Defendant's Reply regarding its Motion for Summary Judgment, if any, shall be due September 9, 2008.

3. The hearing on Defendant's Motion For Summary Judgment is scheduled for September 23, 2008 at 1:00 p.m., or as soon thereafter as it may be heard.

No other deadlines or orders are affected by this Order.

IT IS SO ORDERED.

DATED:

_____
Honorable Saundra B. Armstrong

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies that all counsel of record who are deemed to have
3  consented to electronic service are being served this 12th day of August 2008, with a notice of
4  filing of this document via the Court's CM/ECF system. I certify that all parties in this case are
5  represented by counsel who are CM/ECF participants.

_____
Andrew S. Azarmi