**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>LINDA ERKELENS, an individual,<br><br>        Defendant. | No. C 07-06138 SBA<br><br>**ORDER**<br><br>[Docket No. 61] |

Before the Court is defendant's Ex Parte Motion for Extension of Motion Cut-off Deadline regarding Case Management Scheduling Order [Docket No. 61]. Defendant seeks to set a briefing schedule for its Motion for Summary Judgment ("MSJ") [Docket No. 63]. The Court GRANTS in part and DENIES in part the ex parte motion, and sets the following briefing schedule.

    (1)    Plaintiff's opposition to defendant's MSJ, if any, shall be due September 9, 2008.

    (2)    Defendant's reply to plaintiff's opposition, if any, shall be due September 16, 2008.

    (3)    The hearing on defendant's MSJ shall be on September 30, 2008, at 1:00 p.m., in Courtroom 3 of the United States Courthouse, 1301 Clay Street, 3rd Floor, Oakland, California, 94612.

    (4)    The hearing on plaintiff's Motion for Partial Summary Judgment [Docket No. 59] set for September 23, 2008, at 1:00 p.m., in the same location, is CONTINUED to September 30, 2008, at 1:00 p.m., in the same location.

IT IS SO ORDERED.

September 2, 2008

                                              Saundra Brown Armstrong
                                              United States District Judge