Scott D. Baker (SBN 84923)
*Email: sbaker@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,

Plaintiff,

vs.

LINDA ERKELENS, an individual,

Defendant.

Case No.: C 07-06138 SBA (JL)

**DECLARATION OF PATRICK POWERS IN OPPOSITION TO DEFENDANT LINDA ERKELENS' MOTION FOR SUMMARY JUDGMENT**

Date: September 30, 2008
Time: 1:00 p.m.
Place: Courtroom 3, 3rd Floor

Compl. Filed: December 4, 2007
Trial Date: November 10, 2008

Hon. Saundra Brown Armstrong

I, Patrick Powers, declare as follows:

1. I am employed by Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel") as its Real Estate Manager for the Northern California Division. I have personal knowledge of the facts set forth in this Declaration, and if called to do so, could and would competently testify to those facts. As indicated with regard to certain facts, my knowledge is on information and belief, and as to those matters, I believe them to be true.

2. In connection with my job responsibilities as Real Estate Manager for the Northern California Division, I oversee and maintain Clear Channel's inventory of sign structures in the Northern California area, including within the City of San Francisco.

3. Clear Channel owns an outdoor advertising sign structure at the 1801 Turk Street Property. 1801 Turk Street is at the corner of Turk and Divisadero Streets in San Francisco. Through its predecessors-in-interest, Clear Channel has erected and maintained a sign structure there for fifty years.

4. I have reviewed the file Clear Channel maintains for its sign structure at 1801 Turk Street. Clear Channel has paid all property taxes incurred by the sign structure at 1801 Turk Street since the erection of the sign structure. In addition, Clear Channel has paid for preventative maintenance and expenses of the sign structure, including lighting and insurance. Further, the records indicate that Clear Channel has also paid for all City of San Francisco permits obtained in connection with the sign structure since on or about August 1958, when Clear Channel's predecessor applied for and obtained from the City the permit to build the sign. A true and correct copy of original permit is attached as Exhibit 1 to the Declaration of Andrew Azarmi in support of Ms. Erkelens' Motion for Summary Judgment.

5. At all times while in operation, Clear Channel's records indicate that the sign structure at 1801 Turk Street has extended above the roofline of the apartment building. According to the wall sign depicted on the original permit, the sign structure was intended to extend above the roofline of the apartment building at 1801 Turk Street. On information and belief, Clear Channel (through its predecessor) erected the sign structure according to the original permit, including by extending the top of the sign structure past the roofline of the apartment building at 1801 Turk Street. The sign structure is also currently situated above the roofline of the apartment building at 1801 Turk Street. A true and correct picture of the sign structure is attached hereto as Exhibit A.

6. The City of San Francisco has enacted land use regulations in connection with all real property within City limits, including the land at 1801 Turk Street where Clear Channel's sign currently sits. Generally speaking, these regulations prohibit or restrict the uses of real property with the City. For the purpose of these regulations, the City zones different parts of the City into geographic districts. By way of example, current geographic districts include RC-4 (residential commercial-combined, high density); NC-1, NC-2, NC-3, NC-S (neighborhood commercial); and CM (heavy commercial).

7. The City of San Francisco's historical zoning maps indicate that the real property at 1801 Turk Street was in the C-2 District (community business) in 1984. A true and correct copy of the applicable historical zoning map is attached hereto as Exhibit B. 1801 Turk Street is in the lower left quadrant of the map.

8. The City of San Francisco's historical zoning maps also indicate that the real property at 1801 Turk Street has been in the NC-2 District (neighborhood commercial) since at least 2000. A true and correct copy of the historical zoning map <u>in effect through</u> 2000 is attached hereto as Exhibit C. 1801 Turk Street is in the lower left quadrant of the map.

///

I declare under penalty of perjury of the laws of the United States that the following is true and correct.

Executed on September 9, 2008 at Oakland, California.

Patrick Powers

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of September 2008, with a copy of this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/
James A. Daire

# EXHIBIT A



CCO0107

# EXHIBIT B




HOUSE CHARACTER DISTRICTS

RH-1(D) | RH-1 | RH-1(S) | RH-2 | RH-3

MIXED HOUSE & APARTMENT CHARACTER DISTRICTS

RM-1 | RM-2 | RM-3 | RM-4

RESIDENTIAL-COMMERCIAL COMBINED DISTRICTS

RC-1 | RC-2 | RC-3 | RC-4

COMMERCIAL DISTRICTS

C-1 | C-2 | C-3-O | C-3-R | C-3-G | C-3-S | C-M

INDUSTRIAL DISTRICTS

M-1 | M-2

PUBLIC DISTRICT

P

Sheet
2
Through 1979

# EXHIBIT C




HOUSE CHARACTER DISTRICTS

RH-1(D) RH-1 RH-1(S) RH-2 RH-3

MIXED HOUSE & APARTMENT CHARACTER DISTRICTS

RM-1 RM-2 RM-3 RM-4

RESIDENTIAL-COMMERCIAL COMBINED DISTRICTS

RC-3 RC-4

COMMERCIAL DISTRICTS

C-2 C-3-O C-3-R C-3-G C-3-S C-M

INDUSTRIAL DISTRICTS

M-1 M-2

PUBLIC DISTRICT

P

NEIGHBORHOOD COMMERCIAL DISTRICTS

NC-1 NC-2 NC-3 NC-S NCD

CHINATOWN MIXED USE DISTRICTS

CCB CVR CRNC

SAN FRANCISCO MUN
PART II, CHAPTER II,
WITH AMENDMENTS T
DEC 1997




ZONING MAP OF THE CITY AND COUNTY OF SAN