Scott D. Baker (SBN 84923)
Email: sbaker@reedsmith.com
James A. Daire (SBN 239637)
Email: jdaire@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>LINDA ERKELENS, an individual,<br><br>            Defendant. | Case No.: C 07-06138 SBA (JL)<br><br>**DECLARATION OF JAMES A. DAIRE IN OPPOSITION TO DEFENDANT LINDA ERKELENS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     September 30, 2008<br>Time:     1:00 p.m.<br>Place:    Courtroom 3, 3rd Floor<br><br>Compl. Filed: December 4, 2007<br>Trial Date:   November 10, 2008<br><br>Hon. Saundra Brown Armstrong |

1  I, James A. Daire, declare:

2  

3  1. I am an attorney at law licensed to practice before the courts of the State of California and the Northern District of California and an associate at Reed Smith LLP, attorneys for Plaintiff Clear Channel Outdoor, Inc. ("Clear Channel"). I have personal knowledge of the matters set forth herein, and if called as a witness, could and would completely testify to them.

2. Attached hereto as Exhibit A are true and correct certified excerpts from the deposition of Linda Erkelens, taken in connection with this matter on July 14, 2008 in San Francisco, California. The excerpts show the deponent's name and include the court reporter's certification that the transcript is a true and correct record.

I declare under penalty of perjury of the laws of the United States that the following is true and correct.

DATED: September 9, 2008.

/s/ James A. Daire

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of September 2008, with this document via the Court's CM/ECF system. I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/
James A. Daire

# EXHIBIT A

Linda Kaley Erkelens                                                      July 14, 2008

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   CLEAR CHANNEL OUTDOOR, INC., a
     Delaware corporation,
 6
                      Plaintiff,
 7
          vs.                          CASE NO. C 07-06138 JCS
 8
     LINDA ERKELENS, an individual,
 9
                      Defendant.
10   ------------------------------
11
12
13                      DEPOSITION OF
14                   LINDA KALEY ERKELENS
15
16                     July 14, 2008
17                       1:21 p.m.
18
19         Two Embarcadero Center, Suite 2000
20               San Francisco, California
21
22
23       QUYEN N. DO, RPR, CSR No. 12447
24
25
```

Linda Kaley Erkelens                                                July 14, 2008

Page 2

```
 1                  APPEARANCES OF COUNSEL
 2
 3       For Plaintiff:
 4           REED SMITH LLP
 5           JAMES A. DAIRE, ESQ.
 6           Two Embarcadero Center, Suite 2000
 7           San Francisco, California 94111
 8           415.659.5922
 9           415.391.8269 Fax
10           jdaire@reedsmith.com
11
12       For Defendant:
13           LUCE, FORWARD, HAMILTON & SCRIPPS LLP
14           GERALD M. MURPHY, ESQ.
15           Rincon Center II
16           121 Spear Street, Suite 200
17           San Francisco, California 94105-1582
18           415.356.4600
19           415.356.4610 Fax
20           gmurphy@luce.com
21
22
23
24
25
```

Linda Kaley Erkelens						July 14, 2008

Page 125

1    your attorneys?
2        A    No.
3        Q    You said that, at this time, your attorney was
4    Mr. Gladstone. I want to go back to one of our prior
5    exhibits. I believe it's Exhibit 4, but I did not write
6    it down. Is that --
7        A    5.
8        Q    5. You've previously ID'ed this -- identified
9    this, excuse me, as a letter or an e-mail from you to
10   Mr. Hicks and then a letter in response; is that right?
11       A    Yes.
12       Q    And I said letter; that's also imprecise. I
13   mean e-mail.
14       A    That is what?
15       Q    I said letter; that's also imprecise. It's
16   actually an e-mail between you and Mr. Hicks; is that
17   right?
18       A    Right.
19       Q    Did Mr. Hicks offer to pay for Mr. Gladstone's
20   time in connection with your appeal?
21       A    Yes.
22       Q    Did you accept his offer?
23       A    Yes.
24       Q    In connection with the appeal, have you
25   incurred any legal costs?

1   A   No.

2   Q   So, when you say you discussed Clear Channel's
3   intent to remove the sign structure with your attorney,
4   that would be Mr. Gladstone, right?

5   A   Or Mr. -- Mr. Niall Vignoles.

6   Q   And who is he?  Is he Mr. Glad --

7   A   He works -- he works for Brett Gladstone.

8   Q   So did you ever discuss Clear Channel's intent
9   to remove the sign structure with an attorney other than
10  the attorneys that ADS paid for?

11  A   No, I didn't.  I have a signed contract with
12  Gladstone & Associates.

13  Q   Did Kevin Hicks or ADS also offer to pay for
14  your legal representation in connection with this
15  lawsuit?

16  A   Yes.

17  Q   Did you accept their offer?

18  A   Yes.

19  Q   So, is it also true that you're not incurring
20  any legal expenses with respect to this lawsuit?

21  A   Yes.

22  Q   Did you know Mr. Gladstone before ADS hired
23  him, or was that your first interaction with him?

24  A   That was my first interaction.

25  Q   Did you consider hiring any other attorneys

Linda Kaley Erkelens                                    July 14, 2008

                                                              142

1                    REPORTER'S CERTIFICATION

2

3         I, Quyen N. Do, Certified Shorthand Reporter, in

4    and for the State of California, do hereby certify:

5

6         That the foregoing witness was by me duly sworn;

7    that the deposition was then taken before me at the time

8    and place herein set forth; that the testimony and

9    proceedings were reported stenographically by me and

10   later transcribed into typewriting under my direction;

11   that the foregoing is a true record of the testimony and

12   proceedings taken at that time.

13        IN WITNESS WHEREOF, I have subscribed my name

14   this 16th day of July 2008.

15

16

17                    _____

18                    Quyen N. Do, RPR, CSR No. 12447

19

20

21

22

23

24

25