Scott D. Baker (SBN 84923)
*Email: sbaker@reedsmith.com*
James A. Daire (SBN 239637)
*Email: jdaire@reedsmith.com*
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:	+1 415 543 8700
Facsimile:	+1 415 391 8269

Attorneys for Plaintiff
Clear Channel Outdoor, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CLEAR CHANNEL OUTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA ERKELENS, an individual,<br><br>Defendant. | Case No.:  C 07-06138 SBA (JL)<br><br>**STIPULATION AND ORDER TO AMEND CASE MANAGEMENT ORDER AND VACATE TRIAL**<br><br>Compl. Filed:  December 4, 2007<br>Trial Date:  November 10, 2008 |

The parties, by and through their undersigned counsel of record, hereby stipulate as follows:

(1) On October 6, 2008, the Court granted Clear Channel Outdoor's Motion for Partial Summary Judgment [Docket No. 85.] As set forth in the parties' October 14, 2008 Pretrial Statement [Docket No. 86.], the only trial issues remaining are (1) compensatory damages stemming from Defendant Linda Erkelens' breach of contract and conversion and (2) punitive damages in connection with her conversion.

(2) The parties jointly stipulate and agree to waive jury trial.

(3) To resolve the issue of compensatory damages, the parties jointly agree to try the compensatory damages issue to the Court as follows: Clear Channel will submit its opening brief and supporting evidence on or before November 18, 2008 (opening brief not to exceed 10 pages); Ms. Erkelens will submit her opposition, if any, on or before December 2, 2008 (opposition not to exceed 10 pages); and Clear Channel will submit its reply, if any, on or before December 9, 2008 (reply not to exceed 5 pages), at which point the matter will be submitted at the Court asked to enter its final judgment containing the relief contained in the Court's Order of Partial Summary Judgment and any damages the Court may award.

(4) Clear Channel Outdoor, Inc. agrees to drop its claim for punitive damages.

(5) In light of the parties' stipulation, they also jointly request that the Court vacate the November 4, 2008 Pretrial Conference and the November 10, 2008 trial date.

///

///

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 30, 2008            REED SMITH, LLP


                                    By: /s/ James A. Daire
                                        James A. Daire
                                        Attorneys for Clear Channel Outdoor, Inc.


DATED: October 30, 2008            LUCE, FORWARD, HAMILTON & SCRIPPS LLP


                                    By:
                                        Gerald Murphy
                                        Attorneys for Linda Erkelens


   PURSUANT TO STIPULATION IT IS SO ORDERED.



   DATED:  _10/31/08.



                                        _____
                                        HON. SAUNDRA B. ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE

**Certificate of Concurrence**

I hereby attest that concurrence in the filing of this document has been obtained by the above named signatories.

                                             /s/  James A. Daire
                                               James A. Daire